JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-00904- JGB (KKx)** | Date | August 9, 2023 |
|---|---|---|---|
| Title | *David Williams v. W.A. Stanley et al* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order Dismissing for Failure to Prosecute (IN CHAMBERS)**

On May 22, 2023, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute.  There being no response on file, the Court dismisses the case without prejudice.

**IT IS SO ORDERED.**